UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No.: 18-14162-EPK |
| | Chapter 7 |
| **FORTE INTERACTIVE, INC.,** | |
|     Debtor. | |
| _____/ | |
| **DEBORAH C. MENOTTE**, not individually, but as Chapter 7 Trustee for the bankruptcy estate of the Debtor, **FORTE INTERACTIVE, INC.,** | |
|     Plaintiff, | |
| vs | ADV. NO.: 20-01120-EPK |
| **ALBERT CLAY WILLIAMS**, an individual; **MARIANNA WILLIAMS**, an individual; **ROBERT ANDERSON**, an individual; **313 DATURA, LLC**, a Florida limited liability company; **THE ACHIEVE AGENCY, LLC.**, a/k/a **NONPROFIT ADVISORS, LLC**, a Florida limited liability company; **ACHIEVE OF FLORIDA, LLC**, a Florida limited liability company; and **WELLS FARGO BANK, NATIONAL ASSOCIATION,** | |
|     Defendants. | |
| _____/ | |

### CERTIFICATE OF SERVICE

    I, Rilyn A. Carnahan, certify that service of this summons and a copy of the complaint and the Order Setting Filing and Disclosure Requirements was made on March 30, 2020 by:

xxx  Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

Albert Clay Williams
117 Casa Circle
Jupiter, FL  33458

Marianna Williams
117 Casa Circle
Jupiter, FL  33458

Robert Anderson
307 Evernia Street, Ste. 300
West Palm Beach, FL  33401

313 Datura, LLC
c/o Jones Foster Service, LLC, Registered Agent
505 South Flagler Drive, Ste. 1100
West Palm Beach, FL  33401

The Achieve Agency, LLC a/k/a
Nonprofit Advisors, LLC
c/o Jones Foster Service, LLC, Registered Agent
505 South Flagler Drive, Ste. 1100
West Palm Beach, FL  33401

The Achieve Agency, LLC
c/o Jones Foster Service, LLC, Registered Agent
505 South Flagler Drive, Ste. 1100
West Palm Beach, FL  33401

Nonprofit Advisors, LLC
c/o Jones Foster Service, LLC, Registered Agent
505 South Flagler Drive, Ste. 1100
West Palm Beach, FL  33401

Achieve of Florida, LLC
c/o Jones Foster Service, LLC, Registered Agent
505 South Flagler Drive, Ste. 1100
West Palm Beach, FL  33401

Wells Fargo Bank, National Association
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL  32301-2525

Wells Fargo National Association
Attn:  Mary Jane Conley
1620 East Roseville Parkway
1st Floor #100
Roseville, CA  95661
bankruptcycls@wellsfargo.com

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of Florida

_____, as follows: [Describe briefly]

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  March 30, 2020                           Signature:  <u>/s/Rilyn A. Carnahan</u>

| |
|---|
| Print Name:  Rilyn A. Carnahan, Esq. |
| Address:  525 Okeechobee Blvd., Suite 900 |
| West Palm Beach     State: FL     Zip: 33401 |