

**ORDERED in the Southern District of Florida on October 9, 2020.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                                          Case No. 18-14162-EPK
                                                                Chapter 7
**FORTE INTERACTIVE, INC.,**

     Debtor.
_____/

**DEBORAH MENOTTE,**

     Plaintiff,

v.                                                              Adv. Proc. No. 20-01120-EPK

**ALBERT CLAY WILLIAMS; MARIANNA**
**WILLIAMS; ROBERT ANDERSON; 313**
**DATURA, LLC; THE ACHIEVE AGENCY,**
**LLC; ACHIEVE OF FLORIDA, LLC; and**
**WELLS FARGO BANK, NATIONAL**
**ASSOCIATION,**

     Defendants.
_____/


**ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES**

THIS MATTER came before the Court on October 8, 2020 for Pretrial Conference.  For the reasons stated on the record at the Pretrial Conference, it is **ORDERED** as follows:

1.      The Pretrial Conference in this matter is hereby CONTINUED to December 10, 2020 at 9:30 a.m. (the "Continued Pretrial Conference Date").

2.      The Pretrial Conference will be conducted by telephone only.  To appear by telephone, you must establish an account with CourtSolutions and follow its procedures.  It is wise to establish an account well ahead of an initial telephone appearance.  Reservations should be arranged online at https://www.court-solutions.com.  If a party is unable to register online, a reservation may also be made by telephone at (917) 746-7476.  Absent an emergency, telephone appearances must be arranged with the conference call service not later than 3:00 p.m. prevailing Eastern Time on the court day prior to the hearing date.  Each participant must dial into the call no later than 10 minutes prior to the scheduled hearing. The conference call service will not call participants.  If requested not later than two court days prior to the hearing and approved by Judge Kimball, the conference call service fee may be waived for pro se parties who are unable to pay the fee, parties represented on a pro bono basis, and certain governmental entities.

3.      Except for the deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver) and 1(b) (objection to entry of final orders and judgments by the bankruptcy court; consent) of this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 15] (the "Deadline Order"), all deadlines shall be calculated based on the Continued Pretrial Conference Date.

4.      All other provisions of the Deadline Order remain in full force and effect to the extent not inconsistent with this Order.

### ###

Copies furnished to:

Rilyn A. Carnahan, Esq.

*Rilyn A. Carnahan, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*